Buehla Watkins, Respondent, v. Burney Axe, Doing Business under the Trade Name and Style of B. Axe & Co., Appellant.— Judgment and order unani-

mously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.